UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN MISSIRLIAN, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:11-cv-841 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| CHASE HOME LOANS, LLC, and | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., | ) | |
|     Defendants. | ) | |
| | ) | |

## JUDGMENT

Having granted Defendants' motion to dismiss, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  December 22, 2011                                  /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge