UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN MISSIRLIAN,<br>　　　　Plaintiff,<br><br>-v-<br><br>CHASE HOME LOANS, LLC, and<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.,<br>　　　　Defendants. | No. 1:11-cv-841<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion to dismiss, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 22, 2011                                   /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge